ENTERED
06/09/2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Edgar Carruth Gerault § Case No. 05-80336
§
§
§ #58
§
Debtor(s). §

### Order for Payment of Unclaimed Funds

Upon the application of Tuyet Thi (Tonya) Doan,

seeking payment of $ 8,650.00 representing funds previously unclaimed by

Tuyet Thi (Tonya) Doan

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that Tuyet Thi (Tonya) Doan is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ 8,650.00 to:

Tuyet Thi (Tonya) Doan

JUN 0 9 2010

Signed this ___ day of _____, _____.

_____
United States Bankruptcy Judge

